IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANGEL GONZALES,

    Plaintiff,

v.                                                                 No. 16-cv-0057 SMV/GJF

KB ENTERPRISES, LLC,

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed her Complaint against Defendant on January 25, 2016. [Doc. 1]. Pursuant to Fed. R. Civ. P. 4(m), Plaintiff had 90 days from filing the Complaint, or until April 25, 2016, to effect service of process. That date has passed, and there is no indication on the record that service of process has been effected.

**IT IS THEREFORE ORDERED** that Plaintiff show good cause why her claims against Defendant should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). *See Espinoza v. United States*, 52 F.3d 838, 841 (10th Cir. 1995). Plaintiff must file her response no later than **May 17, 2016**.

**IT IS SO ORDERED.**

                                                                      **STEPHAN M. VIDMAR**
                                                                      **United States Magistrate Judge**